UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   BAGGETT, EDWARD

Case No.: 18-29811
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __12/04/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
46 Beacon St.
Westampton, NJ
Value: $175,000.00

Liens on property:
Bayview Financial - $179,000.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                              Case No. 18-29811-KCF
Edward L. Baggett                                                   Chapter 7
         Debtor              CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 3      Date Rcvd: Nov 06, 2018
                              Form ID: pdf905           Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db            +Edward L. Baggett,    46 Beacon Street,    Westampton, NJ 08060-3705
cr            +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
517795894     +AFSA,    501 Bleecker Street,    Utica, NY 13501-2498
517795902     +ARS - Account Resolution Services,     1643 NW 136th Avenue,    Building H,    Suite 100,
                Fort Lauderdale, FL 33323-2857
517795904     +ARS Account Resolutions,    1643 Harrison Parkway,    Suite 100,    Sunrise, FL 33323-2857
517795903     +ARS Account Resolutions,    PO Box 459079,    1643 Harrison Pkwy, Suite 100,
                Fort Lauderdale, FL 33323-2857
517795891     +Account Resolution Services,    Attn: Bankruptcy,    PO Box 459079,    Sunrise, FL 33345-9079
517795892     +Action Financial Services LLC,    2055 Cardinal Ave.,    Medford, OR 97504-9746
517795893     +Action Financial Services LLC,    PO Box 3250,    Central Point, OR 97502-0009
517795899     +Anthony L. Velasquez, Esq.,    PO Box 1030,    Brick, NJ 08723-0090
517795898     +Anthony L. Velasquez, Esq.,    575 Route 70 2nd Floor,     Brick, NJ 08723-4042
517795901     +Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517795900     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
517795905    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of Amercia,     4161 Piedmont PKWY,    Greensboro, NC 27410)
517795907     +Bank of America,    Corporate Offices & Headquarters,    Attn: Bankruptcy Department,
                100 N Tryon Street,    Charlotte, NC 28255-0001
517795911     +Center For Advanced Urology LLC,    155 Broadway,    Amityville, NY 11701-2729
517795912     +Chase Card Services,    Correspondence Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
517795913      Citibank NA,    Bankruptcy Dept,    PO Box 6241,    Sioux Falls, SD 57117-6241
517795914     +Citibank NA- Bankruptcy Dept,    701 East 60th St N,    Sioux Falls, SD 57104-0493
517795917      Emergency Physicians Assoc of S. J. , PC,     Re: Department A,    3585 Ridge Park Drive,
                Akron, OH 44333-8203
517795918     +Emergency Physicians Services of NJ,    175 MADISON AVE,     Mount Holly, NJ 08060-2038
517795919     +Emergency Physicians Services of NJ PA,     175 MADISON AVE,    Mount Holly, NJ 08060-2038
517795920     +Exceptional Medical Transportation,    PO Box 19,    West Berlin, NJ 08091-0019
517795922     +Exceptional Medical Transportation,    RE: Your Run # 14-60997,     PO Box 19,
                West Berlin, NJ 08091-0019
517795921      Exceptional Medical Transportation,    Attn: Collections Department,     5179 Route 9,
                Howell, NJ 07731-3751
517795923     +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
517795925      HRRG,    PO Box 8486,    Pompano Beach, FL 33075-8486
517795924      HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
517795928      Larchmont Imaging Associates,    Attn: Patient Billing/Bankruptcy Dept,     1286 Carmichael Way,
                Montgomery, AL 36106-3645
517795931      Lourdes Health System,    PO Box 822112,    Philadelphia, PA 19182-2112
517795930     +Lourdes Health System,    218 A Sunset Road,    Willingboro, NJ 08046-1110
517795929     +Lourdes Health System,    Patient Financial Srvcs/Bankruptcy Dept,     1600 Haddon Avenue,
                Camden, NJ 08103-3101
517795932     +M. Leonard & Associates,    Attn: Bankruptcy Department,    PO Box 2339,
                Van Nuys, CA 91404-2339
517795933     +Margo Baggett Rhett,    34 Spiralwood Lane,    Willingboro, NJ 08046-2031
517795934     +Mattleman, Weinroth & Miller, PC,    401 Route 70 East, Suite 100,     Cherry Hill, NJ 08034-2410
517795936     +Mobil Loans LLC,    P.O. Box 1409,    Marksville, LA 71351-1409
517795937     +Moorestown Eye,    301 N Church Street,    Suite 201,    Moorestown, NJ 08057-2483
517795939     +Northland Group,    Ref# F953145599,    PO Box 390905,    Minneapolis, MN 55439-0846
517795940     +Northland Group Inc.,    Re:  F95314599,    PO Box 390905,    Minneapolis, MN 55439-0905
517795941      Performant Recovery Inc.,    PO Box 9057,    Pleasanton, CA 94566-9057
517795942     +Performant Recovery Inc.,    PO Box 9045,    Pleasanton, CA 94566-9028
517795943     +Public Tax Investments, LLC,    575 Route 70 2nd floor,    Brick, NJ 08723-4042
517795945      Quest Diagnostics,    Re: Patient Invoice # See Petition,    PO Box 740775,
                Cincinnati, OH 45274-0775
517795946      Quest Diagnostics,    Re: Patient Invoice # See Petiton,    PO Box 740775,
                Cincinnati, OH 45274-0775
517795944      Quest Diagnostics,    ATTN Patient Billing / Bankruptcy Dept,    POB 4911,
                Southeastern, PA 19398-4911
517795947     +Remex Inc,    Attn: Bankruptcy,    307 Wall Street,    Princeton, NJ 08540-1515
517795948     +Rickart Collection System, Inc.,    575 Milltown Road,    North Brunswick, NJ 08902-3336
517795949     +Rickart Collection Systems,    RE Rickart Acct # 4360866,    POB 7242,
                North Brunswick, NJ 08902-7242
517795951     +SAI Inpatient Resources, LLC,    20 Coriander Drive,    Princeton, NJ 08540-9422
517795950     +SAI Inpatient Resources, LLC,    50 Deer Path,    Princeton, NJ 08540-4036
517795952      Santander Bank N.A,    PO BOX 841002,    Mc MA1 MB3 01-09,    Boston, MA 02284-1002
517795957     +Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
517795958     +Transworld Systems Inc.,    300 Cedar Ridge Drive, Suite 307,     Pittsburgh, PA 15205-1159
517795961     +US Department of Ed,    Federal Offset Unit,    PO Box 5227,    Greenville, TX 75403-5227
517795960      US Department of Ed,    Attn: Federal Loan Servicing Credit,    PO Box 530210,
                Atlanta, GA 30353-0210
517795962     +VCA Maple Shade Animal Hospital,    845 E. Main Street,    Maple Shade, NJ 08052-1313
517795965     +Virtua,    303 Lippincott Drive, Fourth Floor,    Marlton, NJ 08053-4160
517795966     +Virtua Health Services,    2 Brighton Road,    Clifton, NJ 07012-1663
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Nov 06, 2018
                              Form ID: pdf905          Total Noticed: 79


517795967          Virtua Medical Group,     PO Box 6028,     Bellmawr, NJ 08099-6028
517795968         +Westampton Township Emergency,      Re: 36994,    PO Box 467,    Lumberton, NJ 08048-0467
517795969         +Yogi Financial Services LLC,      125 W Landis Ave.,    Vineland, NJ 08360-8102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 23:45:44      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 23:45:42       United States Trustee,
                   Office of the United States Trustee,     1085 Raymond Blvd.,     One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
517795895         E-mail/Text: bkrpt@retrievalmasters.com Nov 06 2018 23:45:40      AMCA,     PO Box 1235,
                   Elmsford, NY 10523-0935
517795896        +E-mail/Text: bkrpt@retrievalmasters.com Nov 06 2018 23:45:40      AMCA Collection Agency,
                   4 Westchester Plaza,     Suite 110,    Elmsford, NY 10523-1615
517795897         E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 06 2018 23:45:50       American Honda Finance,
                   Attn: Bankruptcy,     PO Box 168088,    Irving, TX 75016
517795908        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 06 2018 23:46:02
                   Bayview Financial Loan,     Attn: Bankruptcy Dept,     4425 Ponce De Leon Blvd. 5th Floor,
                   Coral Gables, FL 33146-1873
517795915         E-mail/Text: megan.harper@phila.gov Nov 06 2018 23:46:02      City of Philadelphia,
                   PO Box 1630,    Philadelphia, PA 19105-1630
517795909        +E-mail/Text: clientrep@capitalcollects.com Nov 06 2018 23:46:30       Capital Collection Services,
                   Attn: Bankruptcy Department,      PO Box 150,    West Berlin, NJ 08091-0150
517795910         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 23:43:50       Capital One Bank,
                   Attn: Bankruptcy Dept.,     PO Box 30285,     Salt Lake City, UT 84130-0285
517795916        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 06 2018 23:42:45       Credit One Bank,
                   Attn: Bankruptcy,     PO Box 98873,    Las Vegas, NV 89193-8873
517795926         E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 23:45:05      Internal Revenue Service,
                   Centralized Insolvency Service,      PO Box 7346,    Philadelphia, PA 19101-7346
517795927         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 06 2018 23:45:53      Jefferson Capital Systems, LLC,
                   PO Box 1999,    Saint Cloud, MN 56302
517795935        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2018 23:45:41      Midland Funding,
                   2365 Northside Drive Ste 300,      San Diego, CA 92108-2709
517795938         E-mail/Text: maureen@MHMUA.COM Nov 06 2018 23:46:33      Mount Holly Municipal Utilities Authorit,
                   PO Box 486,    Mount Holly, NJ 08060-0486
517795954        +E-mail/Text: bncnotices@stengerlaw.com Nov 06 2018 23:44:45      Stenger & Stenger PC,
                   Joshua Stiers, Esq.,     2618 East Paris Avenue SE,     Grand Rapids, MI 49546-2458
517795955         E-mail/Text: bankruptcy@td.com Nov 06 2018 23:45:46      TD Bank,    Loan Operations,
                   32 Chestnut Street,     Lewiston, ME 04240
517795963        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2018 23:44:37
                   Verizon,    Verizon Wireless Bk Admin,     500 Technology Drive,    Ste 550,
                   Weldon Springs, MO 63304-2225
517795964        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2018 23:44:37
                   Verizon Wireless,     Attn: Bankruptcy Department,     500 Technology Drive Suite 300,
                   Weldon Springs, MO 63304-2225
                                                                                                TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517795906*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,      Attn: Bankruptcy Department,    PO Box 982236,
                    El Paso, TX 79998-2236)
517795959        ##+Transworld Systems Inc.,    Two Hungington Quadrangle,     Melville, NY 11747-4510
517795956        ##Transworld Systems Inc.,    2235 Mercury Way,    Suite 275,    Santa Rosa, CA 95407-5463
517795957        ##+Transworld Systems Inc.,    Two Hungington Quadrangle, Suite 3N02,     Melville, NY 11747-4510
                                                                                    TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: pdf905          Total Noticed: 79
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company rsolarz@kmllawgroup.com
          S. Daniel Hutchison    on behalf of Debtor Edward L. Baggett sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestc
           ase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```