UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Santander Consumer USA Inc.
Our File No.: 47491
JM-5630

**Order Filed on November 14, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Edward L. Baggett

| | |
|---|---|
| Case No.: | 18-29811 |
| Hearing Date: | 11-13-2018 |
| Judge: | KCF |
| Chapter: | 7 |

Recommended Local Form:      ☑  Followed      ☐  Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____Santander Consumer USA Inc._____, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is

vacated to permit the movant to pursue the movant's rights in the personal property described below to

the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏        Real property more fully described as:

☑        Personal property more fully described as:

> 2015 Chrysler 200
> Vehicle Identification Number
> 1C3CCCBB6FN594503

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*Rev. 7/1/04; jml*