**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward L. Baggett | Social Security number or ITIN   xxx–xx–2382 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–29811–KCF | |

# Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Edward L. Baggett
   aka Edward Baggett

<u>2/1/19</u>                                                  **By the court:** <u>Kathryn C. Ferguson</u>
                                                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-29811-KCF
Edward L. Baggett                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 4            Date Rcvd: Feb 01, 2019
                              Form ID: 318           Total Noticed: 121

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
```
db              +Edward L. Baggett,    46 Beacon Street,    Westampton, NJ 08060-3705
517795894       +AFSA,    501 Bleecker Street,    Utica, NY 13501-2498
517914634      ++APRIA HEALTHCARE,    1340 SOUTH HIGHLAND AVENUE,    JACKSON TN 38301-7369
                 (address filed with court: Apria Healthcare,     ATTN Patient Billing/Bankruptcy Depts,
                 1328 S Highland Avenue,    Jackson, TN 38301-7369)
517795902       +ARS - Account Resolution Services,    1643 NW 136th Avenue,    Building H,   Suite 100,
                 Fort Lauderdale, FL 33323-2857
517795904       +ARS Account Resolutions,    1643 Harrison Parkway,    Suite 100,    Sunrise, FL 33323-2857
517795903       +ARS Account Resolutions,    PO Box 459079,    1643 Harrison Pkwy, Suite 100,
                 Fort Lauderdale, FL 33323-2857
517795891       +Account Resolution Services,    Attn: Bankruptcy,    PO Box 459079,    Sunrise, FL 33345-9079
517795892       +Action Financial Services LLC,    2055 Cardinal Ave.,    Medford, OR 97504-9746
517795893       +Action Financial Services LLC,    PO Box 3250,   Central Point, OR 97502-0009
517914632       +Alliance One Recievable Management, INC,    6565 Kimball Drive,    Suite 200,
                 Gig Harbor, WA 98335-1206
517795899       +Anthony L. Velasquez, Esq.,    PO Box 1030,    Brick, NJ 08723-0090
517795898       +Anthony L. Velasquez, Esq.,    575 Route 70 2nd Floor,    Brick, NJ 08723-4042
517795901       +Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517795900       +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517914635        Apria Healthcare,    P O Box 536841,   Atlanta, GA 30353-6841
517914638       +Cashnet/GlobalPay Day Loans,    aka Speedy Cash,    Attn: Collections / Bankruptcy Dept,
                 333 Naamanas Road, Suite 15A,    Claymont, DE 19703-2808
517795911       +Center For Advanced Urology LLC,    155 Broadway,    Amityville, NY 11701-2729
517795914       +Citibank NA- Bankruptcy Dept,    701 East 60th St N,    Sioux Falls, SD 57104-0493
517914640       +Citibank/Home Depot,    Attn: Recovery/Centralized,    PO Box 790034,
                 Saint Louis, MO 63179-0034
517914642       +Delaware Valley Urology, LLC,    2090 Springdale Road , Suite D,    Cherry Hill, NJ 08003-2024
517914643       +Delaware Valley Urology, LLC,    PO Box 14099,    Belfast, ME 04915-4034
517914644       +Delaware Valley Urology, LLC,    Attn: 15477K,    PO Box 14000,    Belfast, ME 04915-4033
517914645        EMA Recovery Services, Inc,    PO Box 3129,    Secaucus, NJ 07096-3129
517795917        Emergency Physicians Assoc of S. J. , PC,    Re: Department A,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
517795918       +Emergency Physicians Services of NJ,    175 MADISON AVE,    Mount Holly, NJ 08060-2038
517795919       +Emergency Physicians Services of NJ PA,    175 MADISON AVE,    Mount Holly, NJ 08060-2038
517914646       +Enterprise Holdings Inc,    ATTN Bankruptcy Dept,    600 Corporate Park Dr,
                 Saint Louis, MO 63105-4211
517795920       +Exceptional Medical Transportation,    PO Box 19,    West Berlin, NJ 08091-0019
517795922       +Exceptional Medical Transportation,    RE: Your Run # 14-60997,    PO Box 19,
                 West Berlin, NJ 08091-0019
517795921        Exceptional Medical Transportation,    Attn: Collections Department,    5179 Route 9,
                 Howell, NJ 07731-3751
517795925        HRRG,    PO Box 8486,    Pompano Beach, FL 33075-8486
517795924        HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
517914648       +Hamilton Pet Meadow,    1500 Klocker Road,    Hamilton, NJ 08619-3104
517914649       +INBOX LOAN,    PO Box 881,    Santa Rosa, CA 95402-0881
517914650       +Justice Of The Peace Court 11,    2 Penns's Way, Suite 100A,    New Castle, DE 19720-2407
517795928        Larchmont Imaging Associates,    Attn: Patient Billing/Bankruptcy Dept,    1286 Carmichael Way,
                 Montgomery, AL 36106-3645
517914652       +Liberty Mutual Group,    P O Box 970,   Mishawaka, IN 46546-0970
517795931        Lourdes Health System,    PO Box 822112,    Philadelphia, PA 19182-2112
517795930       +Lourdes Health System,    218 A Sunset Road,    Willingboro, NJ 08046-1110
517795929       +Lourdes Health System,    Patient Financial Srvcs/Bankruptcy Dept,    1600 Haddon Avenue,
                 Camden, NJ 08103-3101
517914653       +Lourdes Medical Center of,    Burlington County/WFS,    100 Front Street, Suite 1,
                 Riverside, NJ 08075-1181
517914654        Lourdes Medical Center of Burlington Co.,    Patient Financial Services,    P O Box 822112,
                 Philadelphia, PA 19182-2112
517795932       +M. Leonard & Associates,    Attn: Bankruptcy Department,    PO Box 2339,
                 Van Nuys, CA 91404-2339
517795933       +Margo Baggett Rhett,    34 Spiralwood Lane,    Willingboro, NJ 08046-2031
517795934       +Mattleman, Weinroth & Miller, PC,    401 Route 70 East, Suite 100,    Cherry Hill, NJ 08034-2410
517795936       +Mobil Loans LLC,    P.O. Box 1409,    Marksville, LA 71351-1409
517795937       +Moorestown Eye,    301 N Church Street,    Suite 201,    Moorestown, NJ 08057-2483
517795939       +Northland Group,    Ref# F953145599,    PO Box 390846,    Minneapolis, MN 55439-0846
517795940       +Northland Group Inc.,    Re: F95314599,    PO Box 390905,    Minneapolis, MN 55439-0905
517795941       +Performant Recovery Inc.,    PO Box 9057,   Pleasanton, CA 94566-9057
517795942       +Performant Recovery Inc.,    PO Box 9045,   Pleasanton, CA 94566-9028
517914656        Philadelphia Traffic Court,    P O Box 56301,   Philadelphia, PA 19130-6301
517914661        Professional Account Management LLC,    P O Box 1153,   Milwaukee, WI 53201-1153
517914662       +Progressive Insurance,    P O Box 31260,   Tampa, FL 33631-3260
517795943       +Public Tax Investments, LLC,    575 Route 70 2nd floor,    Brick, NJ 08723-4042
517795945        Quest Diagnostics,    Re: Patient Invoice # See Petition,    PO Box 740775,
                 Cincinnati, OH 45274-0775
```

```
District/off: 0312-3           User: admin              Page 2 of 4                   Date Rcvd: Feb 01, 2019
                               Form ID: 318             Total Noticed: 121


517795946        Quest Diagnostics,   Re: Patient Invoice # See Petiton,   PO Box 740775,
                  Cincinnati, OH 45274-0775
517795944        Quest Diagnostics,   ATTN Patient Billing / Bankruptcy Dept,   POB 4911,
                  Southeastern, PA 19398-4911
517795947       +Remex Inc,   Attn: Bankruptcy,   307 Wall Street,   Princeton, NJ 08540-1515
517795948       +Rickart Collection System, Inc.,   575 Milltown Road,   North Brunswick, NJ 08902-3336
517795949       +Rickart Collection Systems,   RE Rickart Acct # 4360866,   POB 7242,
                  North Brunswick, NJ 08902-7242
517914663       +S.M.A.R.T. Rehabilitation Associates,   60 State Road,   Suite C,   Media, PA 19063-1452
517795950       +SAI Inpatient Resources, LLC,   50 Deer Path,   Princeton, NJ 08540-4036
517795951       +SAI Inpatient Resources, LLC,   20 Coriander Drive,   Princeton, NJ 08540-9422
517795952        Santander Bank N.A,   PO BOX 841002,   Mc MA1 MB3 01-09,   Boston, MA 02284-1002
517914666        Sears Credit Cards- Bankruptcy Dept,   POB 6282,   Sioux Falls, SD 57117-6282
517914670       +The Progressive Corporation,   6300 Wilson Mills Road,   P O Box W33,
                  Mayfield Village, OH 44143-2182
517795958       +Transworld Systems Inc.,   300 Cedar Ridge Drive, Suite 307,   Pittsburgh, PA 15205-1159
517795960        US Department of Ed,   Attn: Federal Loan Servicing Credit,   PO Box 530210,
                  Atlanta, GA 30353-0210
517795961       +US Department of Ed,   Federal Offset Unit,   PO Box 5227,   Greenville, TX 75403-5227
517795962       +VCA Maple Shade Animal Hospital,   845 E. Main Street,   Maple Shade, NJ 08052-1313
517795965       +Virtua,   303 Lippincott Drive, Fourth Floor,   Marlton, NJ 08053-4160
517795966       +Virtua Health Services,   2 Brighton Road,   Clifton, NJ 07012-1663
517795967        Virtua Medical Group,   PO Box 6028,   Bellmawr, NJ 08099-6028
517795968       +Westampton Township Emergency,   Re: 36994,   PO Box 467,   Lumberton, NJ 08048-0467
517795969       +Yogi Financial Services LLC,   125 W Landis Ave.,   Vineland, NJ 08360-8102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 01:50:58      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 01:50:54      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: DRIV.COM Feb 02 2019 06:18:00      Santander Consumer USA Inc.,   PO Box 961245,
                  Fort Worth, TX 76161-0244
517914630       +E-mail/Text: mary.stewart@abcofcu.org Feb 02 2019 01:52:27      ABCO Federal Credit Union,
                  PO Box 247,   Rancocas, NJ 08073-0247
517795895        EDI: RMCB.COM Feb 02 2019 06:18:00      AMCA,   PO Box 1235,   Elmsford, NY 10523-0935
517795896       +EDI: RMCB.COM Feb 02 2019 06:18:00      AMCA Collection Agency,   4 Westchester Plaza,
                  Suite 110,   Elmsford, NY 10523-1615
517795897        EDI: HNDA.COM Feb 02 2019 06:18:00      American Honda Finance,   Attn: Bankruptcy,
                  PO Box 168088,   Irving, TX 75016
517914631        E-mail/Text: kristin.villneauve@allianceoneinc.com Feb 02 2019 01:49:54
                  Alliance One Receivables Management, INC,   PO Box 3103,   Southeastern, PA 19398-3103
517914633       +EDI: AMEREXPR.COM Feb 02 2019 06:18:00      Amex,   Correspondence/Bankruptcy,   PO Box 981540,
                  El Paso, TX 79998-1540
517795905        EDI: BANKAMER.COM Feb 02 2019 06:18:00      Bank of Amercia,   4161 Piedmont PKWY,
                  Greensboro, NC 27410
517795906        EDI: BANKAMER.COM Feb 02 2019 06:18:00      Bank of America,   Attn: Bankruptcy Department,
                  PO Box 982236,   El Paso, TX 79998-2236
517914637        EDI: AISTMBL.COM Feb 02 2019 06:18:00      BEATS Headphones BLK & ROSE GOLD,
                  c/o T-Mobile Bankruptcy Team,   P O Box 53410,   Bellevue, WA 98015-3410
517914636       +EDI: BANKAMER2.COM Feb 02 2019 06:18:00      Bank of America,   100 N. Tyron Street,
                  Charlotte, NC 28255-0001
517795907       +EDI: BANKAMER2.COM Feb 02 2019 06:18:00      Bank of America,   Corporate Offices & Headquarters,
                  Attn: Bankruptcy Department,   100 N Tryon Street,   Charlotte, NC 28255-0001
517795908       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 02 2019 01:51:48
                  Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, FL 33146-1873
517795915        E-mail/Text: megan.harper@phila.gov Feb 02 2019 01:51:49      City of Philadelphia,
                  PO Box 1630,   Philadelphia, PA 19105-1630
517795909       +E-mail/Text: clientrep@capitalcollects.com Feb 02 2019 01:52:56      Capital Collection Services,
                  Attn: Bankruptcy Department,   PO Box 150,   West Berlin, NJ 08091-0150
517795910        EDI: CAPITALONE.COM Feb 02 2019 06:18:00      Capital One Bank,   Attn: Bankruptcy Dept.,
                  PO Box 30285,   Salt Lake City, UT 84130-0285
517795912       +EDI: CHASE.COM Feb 02 2019 06:18:00      Chase Card Services,   Correspondence Dept.,
                  PO Box 15298,   Wilmington, DE 19850-5298
517914641       +EDI: CITICORP.COM Feb 02 2019 06:18:00      CitiBank/Sears,   Attn: Bankruptcy Department,
                  PO Box 6275,   Sioux Falls, SD 57117-6275
517795913        EDI: CITICORP.COM Feb 02 2019 06:18:00      Citibank NA,   Bankruptcy Dept,   PO Box 6241,
                  Sioux Falls, SD 57117-6241
517795916       +EDI: RCSFNBMARIN.COM Feb 02 2019 06:18:00      Credit One Bank,   Attn: Bankruptcy,
                  PO Box 98873,   Las Vegas, NV 89193-8873
517795923       +EDI: AMINFOFP.COM Feb 02 2019 06:18:00      First Premier Bank,   Attn: Bankruptcy,
                  PO Box 5524,   Sioux Falls, SD 57117-5524
517914647       +E-mail/Text: bankruptcygpl@greatplainslending.com Feb 02 2019 01:51:50      Great Plains Lending,
                  Attn: Bankruptcy Dept.,   1050 East 2nd Street,   Box 500,   Edmond, OK 73034-5313
517795926        EDI: IRS.COM Feb 02 2019 06:18:00      Internal Revenue Service,
                  Centralized Insolvency Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517795927        EDI: JEFFERSONCAP.COM Feb 02 2019 06:18:00      Jefferson Capital Systems, LLC,   PO Box 1999,
                  Saint Cloud, MN 56302
```

```
District/off: 0312-3          User: admin              Page 3 of 4                 Date Rcvd: Feb 01, 2019
                              Form ID: 318             Total Noticed: 121


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517914651      +E-mail/Text: bankruptcy@ldf-holdings.com Feb 02 2019 01:52:28      LendGreen,    PO Box 221,
                 Lac Du Flambeau, WI 54538-0221
517795935      +EDI: MID8.COM Feb 02 2019 06:18:00      Midland Funding,    2365 Northside Drive Ste 300,
                 San Diego, CA 92108-2709
517795938       E-mail/Text: maureen@MHMUA.COM Feb 02 2019 01:53:04
                 Mount Holly Municipal Utilities Authorit,    PO Box 486,    Mount Holly, NJ 08060-0486
517914657       EDI: PRA.COM Feb 02 2019 06:18:00      Portfolio Recovery Associates LLC,
                 120 Corporate Boulevard,   Norfolk, VA 23502
517914658       EDI: PRA.COM Feb 02 2019 06:18:00      Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541
517914659      +EDI: PRA.COM Feb 02 2019 06:18:00      Portfolio Recovery Associates LLC,    Dept 922,
                 P O Box 4115,   Concord, CA 94524-4115
517914660      +EDI: PRA.COM Feb 02 2019 06:18:00      Portfolio Recovery/Sears,    140 Corporate Blvd.,
                 Norfolk, VA 23502-4952
517914664       EDI: AISTMBL.COM Feb 02 2019 06:18:00      Samsung Convertible Charger,
                 c/o T-Mobile Bankruptcy Team,    P O Box 53410,    Bellevue, WA 98015-3410
517795953      +EDI: DRIV.COM Feb 02 2019 06:18:00      Santander Consumer USA,    Attn: Bankruptcy,
                 PO Box 961245,   Fort Worth, TX 76161-0244
517795954      +E-mail/Text: bncnotices@stengerlaw.com Feb 02 2019 01:49:59      Stenger & Stenger PC,
                 Joshua Stiers, Esq.,   2618 East Paris Avenue SE,    Grand Rapids, MI 49546-2458
517914667       EDI: RMSC.COM Feb 02 2019 06:18:00      Synchrony Bank - Care Credit,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517914668       EDI: AISTMBL.COM Feb 02 2019 06:18:00      T-Mobile Bankruptcy Team,    PO Box 53410,
                 Bellevue, WA 98015-3410
517795955       EDI: TDBANKNORTH.COM Feb 02 2019 06:18:00      TD Bank,    Loan Operations,   32 Chestnut Street,
                 Lewiston, ME 04240
517914671      +E-mail/Text: bankruptcydepartment@tsico.com Feb 02 2019 01:52:22      Transworld Systems Inc.,
                 5626 Frantz Road,   Dublin, OH 43017-2590
517914672      +E-mail/Text: media@trueaccord.com Feb 02 2019 01:52:59      TrueAccord,
                 303 2nd Street, Suite 750 South,    San Francisco, CA 94107-2543
517795963      +EDI: VERIZONCOMB.COM Feb 02 2019 06:18:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Drive, Ste 550,    Weldon Springs, MO 63304-2225
517795964      +EDI: VERIZONCOMB.COM Feb 02 2019 06:18:00      Verizon Wireless,    Attn: Bankruptcy Department,
                 500 Technology Drive Suite 300,    Weldon Springs, MO 63304-2225
517914675       EDI: VERIZONCOMB.COM Feb 02 2019 06:18:00      Verizon Wireless,    P O Box 25505,
                 Lehigh Valley, PA 18002-5505
517914673      +EDI: VERIZONCOMB.COM Feb 02 2019 06:18:00      Verizon Wireless,    5175 Emerald Parkway,
                 Dublin, OH 43017-1063
                                                                                               TOTAL: 45

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Philadelphia Municipal Court - Traffic Division
517914639*     +Citibank NA- Bankruptcy Dept,    701 East 60th St N,    Sioux Falls, SD 57104-0493
517914665*      Santander Bank N.A,    PO BOX 841002,   Mc MA1 MB3 01-09,    Boston, MA 02284-1002
517914669*     ++TD BANKNORTH NA,    70 GRAY ROAD,   FALMOUTH ME 04105-2299
                (address filed with court: TD Bank,    Loan Operations,    32 Chestnut Street,
                 Lewiston, ME 04240)
517914674*     +Verizon Wireless,    Attn: Bankruptcy Department,    500 Technology Drive Suite 300,
                 Weldon Springs, MO 63304-2225
517914655      ##+MAX LEND,    PO Box 46360,   Eden Prairie, MN 55344-3060
517795959      ##+Transworld Systems Inc.,    Two Hungington Quadrangle,    Melville, NY 11747-4510
517795956      ##Transworld Systems Inc.,    2235 Mercury Way,    Suite 275,   Santa Rosa, CA 95407-5463
517795957      ##+Transworld Systems Inc.,    Two Hungington Quadrangle, Suite 3N02,    Melville, NY 11747-4510
                                                                                    TOTALS: 1, * 4, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 4 of 4           Date Rcvd: Feb 01, 2019
                              Form ID: 318              Total Noticed: 121
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              S. Daniel Hutchison     on behalf of Debtor Edward L. Baggett sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```